# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2025

## NO. 03-24-00282-CV

**New Braunfels Stewardship Properties, LLC and Harold T. Ray, III, Appellants**

**v.**

**Circle F Investments, LP and Original DFI, LLC, Appellees**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
## REVERSED AND RENDERED IN PART; CONDITIONALLY REVERSED AND
## REMANDED IN PART-- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on February 6, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses and renders take-nothing judgments on the portions of the trial court's order regarding: the award of lost-profits damages for Circle's breach-of-contract claim; Circle's fraud claims and requests for exemplary damages; and Circle's and Original's recovery on their unjust-enrichment claims. Further, the Court conditionally reverses and remands for new trial, Original's breach-of-contract and related attorney's fees claims, unless Original files a remittitur in the suggested amount of $806, 853 in the district court within 30 days of the date of this opinion and so notifies this Court. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.